UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.1:95CR0323-001 |
| | ) | |
| -vs- | ) | |
| | ) | |
| JAMAL LEE KING, | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendants | ) | |

    On October 27, 1995, the Defendant entered a plea of guilty to Count 2 of an indictment charging a violation of 18 U.S.C. 1703A.F - Violations by Postal Employees - Delay or Destruction of Mail.

    On January 11, 1996, the Defendant was sentenced by the Honorable Judge Sam H. Bell[1] to 2 years Probation, a $50.00 Special Assessment and standard conditions of release, including drug testing and financial counseling.  Upon motion of the United States, Counts 1 and 3 of the indictment were dismissed.   The Defendant was discharged from Probation on January 29, 1997.

    The Defendant submitted a letter to the Court entitled "Filing a Motion for Federal Expungement," on October 8, 2008 (ECF Doc. No. 17).

    The Defendant motions this Court for expungement of his federal conviction.

---

[1] This matter was reassigned to this Court on October 8, 2008.

      The Second Chance for Ex-Offenders Act of 2007 (H.R. 623), introduced on January 22, 2007 and still pending Congressional action, will permit expungement of records of certain nonviolent criminal offenses.

      There is no current statute that permits the U.S. District Court to expunge a federal conviction.

      Therefore, Defendant's motion for expungement of his federal conviction is denied.

      IT IS SO ORDERED.


                                        <u>s/Christopher A. Boyko</u>
                                        Christopher A. Boyko
                                        U.S. District Court Judge

October 21, 2008